# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVETTE R. TIPPETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | 2:12-cv-01333-GMN-CWH<br><br>**Order Concerning Review of<br>Social Security Cases** |

　　　This matter is before the Court on Plaintiff's Motion for Enlargement of Time (#14), filed April 4, 2013. After review, the Court finds there is good cause for the requested extension of 30 days for Plaintiff to file her motion for remand and/or reversal. Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Enlargement of Time (#14) is **granted**. Plaintiff shall have up to and including May 5, 2013 to file her motion for remand and/or reversal.

　　　DATED: April 5, 2013.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**