# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVETTE R. TIPPETT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting,<br>Commissioner of Social Security,<br><br>    Defendant. | 2:12-cv-01333-GMN-CWH<br><br>**Order** |

This matter is before the Court on Plaintiff's Third Motion for Enlargement of Time (#18), filed June 4, 2013. The Court has reviewed the motion and finds the requested extension of 26 days for Plaintiff to file her motion for remand and/or reversal is appropriate. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Third Motion for Enlargement of Time (#18) is **granted**. Plaintiff shall have up to and including June 30, 2013 to file her motion for remand and/or reversal.

DATED: June 5, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**