# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVETTE R. TIPPETT,              ) | 2:12-cv-01333-GMN-CWH |
| Plaintiff,              ) | **Order** |
| v.              ) | |
| CAROLYN W. COLVIN, Acting,              ) Commissioner of Social Security,              ) | |
| Defendant.              ) | |

This matter is before the Court on Defendant's Motion to Extend (#21), filed August 1, 2013. The Court has reviewed the motion and finds the request for a thirty (30) day extension to file a motion for summary judgment is supported by good cause. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend (#21) is **granted**.

DATED: August 2, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**