# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVETTE R. TIPPETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | 2:12-cv-01333-GMN-CWH<br><br>**Order** |

　　　This matter is before the Court on Defendant's Motion to Extend (#21), filed August 1, 2013. The Court has reviewed the motion and finds the request for a thirty (30) day extension to file a motion for summary judgment is supported by good cause. Accordingly,

　　　**IT IS HEREBY ORDERED** that Defendant's Motion to Extend (#21) is **granted**.

　　　DATED: August 2, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**C.W. Hoffman, Jr.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**